Court Of Criminal Appeals Of Texas
Po. Box 12308 Capital Station
Austin. Texas 78711

Date: 02-06-15
69,260-02

Trial Court No. 03-09-136 crw-B
WR-69,260-02

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 09 2015
Abel Acosta, Clerk

Agg-Assault with a deadly
Weapon    09 yrs

Your Honor

There is alote of Argument that I have to remember, That I did file/state in my 2254 And 1983 That was not properly filed, due to TDCJ committing mail fraud, But

In the police report, The Complaintant in said cause, She states she went to a San Antonio police station on (2) seperate ocassions, But the photo graphs of said injurys were not taken by Any San Antonio police officer or sheriff.

If she did have injurys At time of police station walk in, They would have Took report of so And the wilson County sheriffs Office would have been contacted And them respond to the said allegations

As I said, I was not Arrested At any of the said events in the lied up voluntary statement. I did not Know nothing of the matter till December 01, 2003 when I had to report to the wilson

County Sheriff's Office on unrelated matters and they said I had a warrant and I was arrested

I made Bond and was out in 2 hours

In my statement to you dated (02-02-15) about me and the only time even being seen by the manager of the complaintant is, we had (2) step kids together and while she was working one day they had a cookie decorating thing for the kids, so I took them to the Toys R Us while she was working. This was the only time I meet or seen the manager

Manger is a key witness to her never seeing me at the Toys R Us as unwanted. As I said I was never arrested at any of the stated in the Voluntary statement

This was not known at time of any court date prior to my plea bangin agreement.

lawyer did show ineffective assistance of counsel

Richard Cantu Jr.
No. 1423012
3201 Fm 929
Rt. 2, Box 4400
Gatesville Texas 76597.

Court Of Criminal Appeals Of Texas        (02-06-15)
Po. Box 12308 Capital Station
Austin. Texas 78211

Dear Cleark
        enclosed please find a written statement
in addition to written statement mailed (02-02-15)

Please file and bring these statements to the
attention of the judge reveiwing my Appeal /
civil law suit

Also can you please make copy of this cover
sheet and date stamp this request that my
statements have been received and filed, and
mail me a copy of said request

        Thank You

                        Richard Cantu Jr.
                        No. 1423012
                        3201 FM 929
                        Rt. 2, Box 4400
                        Gatesville Texas
                                76597